**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-16389-TBM |
| | ) | |
| Mohrman, Ryan | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**DEBTOR'S MOTION TO CONVERT CASE**

Debtor, by and through his attorney hereby move this Court to convert the above-captioned case from a case under Chapter 7 of this Title to a case under Chapter 13 of this Title and as grounds therefore, states as follows:

1. On September 28, 2020, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Debtor has not filed a Chapter 13 bankruptcy within the last six years and no reasons exist as to why he should not be granted his right to convert.

3. The United States Trustee deemed this matter to be an abuse and the Debtor now believes his case may be better postured under Chapter 13.

WHEREFORE, Debtor move this Honorable Court for an Order granting his Motion converting this case to Chapter 13 of the Bankruptcy Code.

DATED this 19th day of January, 2021,

Respectfully submitted,

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*

_____
N. Craig Horvath #47393
PO Box 698
Littleton, CO 80160
Telephone: (303) 900-8741
ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-16389-TBM |
| | ) | |
| Mohrman, Ryan | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he placed a true and correct copy of the foregoing ***MOTION TO CONVERT CASE TO CHAPTER 13*** in the U.S. Mail, first class, postage pre-paid on the 19th day of January, 2021, addressed to the following:

**Jeffrey Hill**
Chapter 7 Trustee
PO Box 1720
Parker, CO 80134

**US Trustee**
1961 Stout St
Suite 12-200
Denver, Colorado 80294-1961

*/s/ N. Craig Horvath*

N. Craig Horvath #47393