# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-16389-TBM |
| | ) | |
| Mohrman, Ryan | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE

THIS MATTER is before the Court upon the Debtor's Motion to convert the above-captioned case under Chapter 7 of this Title to a case under Chapter 13 of this Title.

THIS COURT, having reviewed the Motion and the file and being advised in the premises, grants the Motion to Convert.

Dated this _____ day of _____, 2021.

BY THE COURT:

_____
U.S. Bankruptcy Judge