# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 20-16389 TBM |
| RYAN C. MOHRMAN, | Chapter 7 |
| Debtor. | |

_____

## ORDER CONVERTING CASE TO CHAPTER 13
_____

THIS MATTER comes before the Court on the "Debtor's Motion to Convert Case" (Docket No. 20, the "Motion") filed by Ryan C. Mohrman ("Debtor"), in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. No objections were filed. The Court has considered the record and finds the case has not been previously converted under 11 U.S.C. § 1307. Accordingly,

IT IS ORDERED THAT:

1.   The Motion is GRANTED. This Chapter 7 case is converted to a case under Chapter 13.

2.   The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:
     a.   an account of all receipts and disbursements made in the Chapter 7 case, and
     b.   a report on the administration of the case pursuant to 11 U.S.C. § 704(a)(9).

3.   The Chapter 7 Trustee forthwith shall turnover to the Debtor all records and property of the estate remaining in the Trustee's custody and control.

4.   The Chapter 7 Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

5.   The Debtor within 14 days from the date of this Order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6.   The Debtor within 14 days from the date of this Order shall file a Chapter 13 Plan and a Certificate of Service evidencing compliance with L.B.R. 3015-1(b)(3) and (4), as applicable.

DATED this 11th day of February, 2021.

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge